People of State of Illinois, Plaintiff-Defendant in Error, v. Ray Edmundson, Defendant-Plaintiff in Error.

Gen. No. 10,158.

Third District.

May 21, 1958.

Rehearing denied June 23, 1958.

Released for publication June 23, 1958.

William L. Turner, for plaintiff in error; John A. Yantis, for defendant in error. PER CURIAM. Not to be published in full.